*Chief Judge Hogan*
*Judge Hart*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR WATSON JR.

FILED
JUL - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

CR 77-632
H.JUDGE *Hart*

UNITED STATES OF AMERICA

DEFENDANT'S MOTION TO EXPUNGE CRIMINAL RECORD

I WANT TO CLEAR MY NAME, THE STATUS HEARING-U.S.C.A. HAVING REVERSED AND REMANDED FOR A NEW TRIAL IN U.S.C.A. NO. 78-1410; ORAL MOTION OF GOV'T FOR LEAVE TO DISMISS CHARGES, HEARD AND GRANTED; DEFT. DISCHARGED. (AUGUST 01, 1980)

*Arthur Watson*

ARTHUR WATSON, JR.

CERTIFICATE OF SERVICE

I, ARTHUR WATSON, JR., HAVE MAILED OR WILL MAIL A COPY OF THIS MOTION TO: (U.S. ATTORNEY WHO REPRESENTED THE ~~GVT~~.)

*Arthur Watson*

RECEIVED
JUL 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. ROBERT J. JOHNSON ET AL   Cr. No. 77-632   Supplemental Page No. 21

| DATE | | PROCEEDINGS |
|---|---|---|
| 1980 Aug 1 | #3: | STATUS HEARING—U.S.C.A. having reversed and remanded for a new trial in U.S.C.A. No. 78-1410; Oral motion of Gov't for leave to dismiss charges, heard and granted; Deft. discharged.<br>Rep: Tammie Leppo                                HART, J. |
| Aug 5 | #1,#2,#3,#4,#5 & #7: | CERTIFIED COPY OF Judgment U.S.C.A. dated 3-4-80 insofar as it pertains to the conspiracy conviction of Deft. #3 Arthur Watson, is reversed and the case remanded to the District Court for a new trial but in all other respects Defts. Nos. 1, 2, 4, 5 and 7 Judgment is affirmed in accordance with the Opinion. Opinion attached. |
| Aug 5 | #1,#2,#3,#4,#5, & #7: | CERTIFIED copy of Order U.S.C.A. dated 7-11-80 amending Opinion filed by Senior Circuit Judge Bazelon on 3-4-80 on 3-4-80 in U.S.C.A. |
| Aug 5 | #1,#2,#3,#4,#5 & #7: | CERTIFIED copy of Order U.S.C.A. dated 7-11-80 amending Opinion filed by Judge Parker on 3-4-80 in U.S.C.A. |
| Aug 6 | #3: | ORDER nunc pro tunc to 8-1-80 dismissing the charges and Deft. is discharged. (N)                                HART, J. |
| Aug 12 | #7: | MOTION of Deft. for reduction of sentence. Exhibit A, B & C Appearance of Robert A. W. Boraks, Atty. appointed in U.S.C.A. |
| Aug 13 | #7: | RESPONSE of Gov't to motion for reduction of sentence. |
| Aug 14 | #7: | PRESENTMENT of Judgment of the U.S.C.A.:<br>MOTION of Deft. for reduction of sentence, heard and granted.<br>Rep: A. Gasdor                                HART, J. |
| Aug 14 | #7: | ORDER vacating and setting aside the remaining part of the Judgment and Commitment entered 3-31-78; granting Defts' motion for reduction of sentence and the Deft. is placed on Probation for a period of TWO (2) YEARS, CONDITIONS TO BE SET BY THE Probation Office. (N)                                HSTY, J. |

CONTINUED

Attachment    CR 77-632-TFH