# CRIMINAL DOCKET

## United States District Court for the District of Columbia

JOHN ROBERT JOHNSON, aka Stampede

United States *vs.* ......................... Cr. No. ..........77-00632.......... Preceding Supplemental Page No. ........

ET AL

| DEFENDANT | ATTORNEY | DATE | BONDS |
|---|---|---|---|
| 1. JOHN ROBERT JOHNSON, aka Stampede  PD  G.J.ORIGINAL | 1. Allan M. Palmer-Ret. 1707 N St. NW (36) | 1. | $25, |
| 2. ODELL JOHNSON, JR.  G.J.ORIGINAL | 2. Gerald R. Robbins A/C 1660 L St. NW (36) 528-7392 or 223-1840 1924 N St. N.W. 2. William H.Jeffress (Appeal) 2555 M St.NW #500 20037 293-6400 3 - Ed Wilhite | 2. Alle | |
| 3. ARTHUR WATSON, JR. aka Speed | 3. Charles Darker A/C 304  OC- Indep.Ave. SE 528-7392  543-2250 3. William H.Jeffress (Appeal) same as above Albert Overby | 3. $15 | |
| 4. JOHN ROSCOE SLADE aka Slave                 D | 4. Charles McCall A/C  North 14th St.- #708 Alex. Va. 22301  243-8900 1924 N St.NW 20036 467-5557 (see below) | 4. | |
| 5. GEORGE NORMAN MARSHALL, aka Little George  G.J.ORIGINAL | 5. Richard Stern A/C 1707 L St. NW #560 659-2566 William H.Jeffress(Appeal) same as above | 5. | |
| 6. DONALD LARRY BAXTER  G.J.ORIGINAL  DAVID REDD | 6. Matthew Black A/C 17 W Jefferson St. #202 Rockville, Md. 872-8040 910-17th St. NW | 6. | |
| 7. DAVID REDDS, aka Slim  G.J.ORIGINAL  JONES | 7. Allan Bayles A/C 1707 L St. NW 296-0923 7.William H.Jeffress (Appeal) same as above 7. Robert A.W.Boraks 1901 L St. N | 7. 10 209 | |
| 8. MARY ANN BROWN PDID--   DOB;-- G.J.ORIGINAL | 8. Stuart F. Johnson A/C 475 M St. NW 347-0034 | 8. 10- | |
|  | 4. Thomas Lumbard A/C (Appeal) # 1100 Conn Ave NW #1010   293-1414 | | Appe |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

| PARTIES | ATTORNEYS | B | CRIMINAL NO. |
|---|---|---|---|
| UNITED STATES | U.S ATTORNEY  LEIBOWITZ | | 77-00632 |
| VS. | | | EACH: G.J. ORIGINAL |
| | | | CHARGE: 18 USC 2:21 USC 841(a) |
| PDID    DOB | | | 846:848 (Aid & Abetting; |
| JOHN ROBERT JOHNSON, | SEE PRECEDING PAGE | | Controlled Substances Act; |
| aka Stampede, ET AL | FOR ATTORNEYS | | Conspiracy;Continuing Criminal |
| | | | Enterprise) |
| | | | DATE FILED | BOND: |
| SEE PRECEDING PAGE | | | SEE PRECEDING PAGE FOR |
| FOR DEFENDANTS | | | BONDS |

| DATE | | PROCEEDINGS |
|---|---|---|
| 1977 Oct | 18 | EACH: INDICTMENT FILED (23 counts) SEALED PER DIRECTION OF THE COURT |
| | | EACH: BENCH WARRANTS ORDERED & ISSUED.                MARGOLIS, Mag. |
| Oct | 19 | #1,#2,#3,#4 & #6:  INDICTMENT UNSEALED by direction of the Court. ARRAIGNMENT set 10-25-77 at 9:30 A.M. before Judge Hart; referred to U.S. Mag. Kennedy for preliminary matters; remanded                HART, J. |
| Oct | 19 | #5,#7 & #8:  With the Consent of the U.S. Atty  the Court directs Indictment be unsealed.                HART, J. |
| Oct | 19 | #1 thru #6:  BENCH WARRANTS issued 10-18-77 returned executed. |
| Oct | 19 | #1 thru #6:  SUB-ARRAIGNED;  counsel appointed and bond set. Arraignment set before Judge Hart on 10-25-77 at 9:30 A.M.                KENNEDY, Mag. |
| Oct | 19 | #1:  COMMITTED to Jail in lieu of a $75,000.00 surety bond; Deft. committed - commitment issued.                KENNEDY, Mag. |

CONTINUED:

FPI—LB—3-5-37—4M—963

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States *vs.* JOHN ROBERT JOHNSON, ET AL.    Cr. No. 77-00632    Supplemental Page No. 1

| DATE | | PROCEEDINGS |
|---|---|---|
| 1977 | | |
| Oct | 19 | #2: COMMITTED to Jail in lieu of a $25,000.00 surety bond. Deft. committed - commitment issued.                                      KENNEDY, Mag. |
| Oct | 19 | #3: COMMITTED to Jail in lieu of a $15,000.00 surety bond; Deft. committed - commitment issued.                                      KENNEDY, Mag. |
| Oct | 19 | #4: ORDER for release of Deft. on pers. recog. with conditions Deft. released - release issued.                                      KENNEDY, Mag. |
| Oct | 19 | #5: ORDER for release of Deft. on pers. recog. with conditions. Deft. released - release issued.                                      KENNEDY, Mag. |
| Oct | 19 | #6: ORDER for release of Deft. on pers. recog. with conditions. Deft released - release issued                                      KENNEDY, Mag. |
| Oct | 19 | #1: APPEARANCE of Allan M Palmer as retained counsel. |
| Oct | 20 | #7: BENCH WARRANT issued 10-18-77 retruned executed. Deft presented before U.S. Mag. Kennedy. Sub-arraigned; counsel appointed and bond set. Arraignment set before Judge Hart on 10-25-77 at 9:30 A.M.; bond                                      KENNEDY, Mag. |
| Oct | 20 | #7: ORDER for release of Deft. on pers. recog. with conditions Deft. released - release issued.                                      KENNEDY, Mag. |
| Oct | 20 | #2: ORDER appointing Gerald R. Robbins nunc pro tunc 10-19-77 as counsel. #444926                                      KENNEDY, Mag. |
| Oct | 20 | #3: ORDER appointing Charles Barker nunc pro tunc 10-19-77 as counsel #444925                                      KENNEDY, Mag |
| Oct | 20 | #4: ORDER appointing Charles McCall nnnc pro tunc 10-19-77 as counsel. #444927                                      KENNEDY, Mag. |
| Oct | 21 | #1: MOTION for bond reduction denied. Bond remains the same ($75,000.00) surety.                                      KENNEDY, Mag. |

CASE FILE 9aff59f64913ae64    PAGE 4 OF 27

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States *vs.* JOHN ROBERT JOHNSON, ET. AL.    Cr. No. 77-632    Supplemental Page No. 2

| DATE | | PROCEEDINGS |
|---|---|---|
| 1977 | | |
| Oct | 21 | #5:  ORDER appointing Richard Stern nunc pro tunc 10-19-77 as counsel. |
| | | #444928                                                KENNEDY, Mag. |
| Oct | 21 | #6:  ORDER appointing Matthew Black nunc pro tunc 10-19-77 as counsel. |
| | | #444929                                                KENNEDY, Mag. |
| Oct | 21 | #7:  ORDER appointing Allan Bayles nunc pro tunc 10-20-77 as counsel. |
| | | #444930                                                KENNEDY, Mag. |
| Oct | 25 | #2:  BAIL HEARING:  Order setting $25,000.00 surety bond with conditions. |
| | | Deft. to appear before Judge Hart on 11-9-77 at 9:30 A.M. |
| | | KENNEDY, Mag. |
| Oct | 25 | #2:  APPEARANCE bond in the sum of $25,000.00 taken with Allegheny |
| | | Mutual Casualty Company.  Deft. released - release issued. |
| Oct | 25 | #3:  BAIL HEARING:  Order setting $15,000.00 surety bond and conditions. |
| | | Deft. to appear before Judge Hart on 11-9-77 at 9:30 A.M. |
| | | KENNEDY, Mag. |
| Oct | 25 | #3:  APPEARANCE bond in the sum of $15,000.00 taken with Allegheny |
| | | Mutual Casualty Company.  Deft. released - release issued. |
| Oct | 25 | #1:  ARRAIGNMENT:  Plea not guilty; status call 11-9-77 at 9:30 A.M.; |
| | | Counsel to file motion for bond review; remanded. |
| | | Rep:  E. Kaufman                                        HART, J. |
| Oct | 25 | #2:  ARRAIGNMENT:  Plea not guilty; status call 11-9-77 at 9:30 A.M.; |
| | | remanded. |
| | | Rep:  E. Kaufman                                        HART, J. |
| Oct | 25 | #3:  ARRAIGNMENT:  Plea not guilty; status call 11-9-77 at 9:30 A.M.; |
| | | remanded. |
| | | Rep:  E. Kaufman                                        HART, J. |
| CONTINUED: | | |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, ET AL    Cr 77-632          Supplemental Page No. 3

| DATE | | PROCEEDINGS |
|---|---|---|
| 1977 Oct | 25 | #4:  ARRAIGNMENT:  Plea not guilty; status call 11-9-77 at 9:30 A.M.; |
| | | pers. recog. |
| | | Rep:  E. Kaufman                              HART, J. |
| Oct | 25 | #5:  ARRAIGNMENT:  PLEA not guilty; status call 11-9-77 at 9:30 A.M.; |
| | | pers. recog.      Rep:  E. Kaufman          HART, J. |
| Oct | 25 | #6:  ARRAIGNMENT:  Plea not guilty; status call 11-9-77 at 9:30 A.M.; |
| | | pers. recog      Rep:  E. Kaufman           HART, J. |
| Oct | 25 | #7:  ARRAIGNMENT:  Plea not guilty; status call 11-9-77 at 9:30 A.M.; |
| | | pers. recog.     Rep:  E. Kaufman           HART, J. |
| ** | | |
| Nov | 1 | #3:  ORDER dated 10-31-77 authorizing expert services of G. Allen Dale, |
| | | Investigator.  #115857                       HART, J. |
| Nov | 1 | #7:  MOTION of Deft. to suppress identification  P/A   C/S |
| ** | | |
| Nov | 2 | #3:  MOTION of Deft. to strike alias.  P/A   C/S |
| ** | | |
| Nov | 2 | #3:  MOTION of Deft. to join in motions filed by co-defendants. C/S |
| ** | | |
| Nov | 1 | #8:  ARRAIGNMENT:  Plea not guilty; status hearing on 11-9-77 at 9:30 A.M. |
| | | Oral motion of defense counsel to amend Indictment by showing Deft's |
| | | true name to be MARY ANN JONES - Granted;  pers. recog. |
| | | Rep:  E. Kaufman                              HART, J. |
| ** | | COPY of |
| Oct | 31 | #8: / BENCH WARRANT issued 10-18-77 was returned executed.  Arraignment |
| | | set before Judge Hart on 11-1-77 at 11:00 A.M.; Deft said her name |
| | | is Mary Ann Jones.  Order signed releasing Deft. on pers. recog. |
| | | MARGOLIS, Mag. |
| Oct | 31 | #8:  ORDER for release of Deft. on pers. recog. with condtions. |
| | | MARGOLIS, Mag. |
| Nov | 1 | #8:  ORDER appointing Stuart F. Johnson as counsel nunc pro tunc |
| CONTINUED | | 10-18-77.       #445056                       MARGOLIS, Mag. |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

ET AL

United States vs. JOHN ROBERT JOHNSON, Cr. No. _____ 77-632 _____ Supplemental Page No. ____ 4 ____

| DATE | | PROCEEDINGS |
|---|---|---|
| 1977 | | |
| Nov | 2 | #8: ORDER amending Indictment to reflect the Deft's correct name to be |
| | | MARY ANN JONES. (N)                                    HART, J. |
| | | |
| Nov | 3 | #1: MOTION of Deft. for bond pending trial.   C/S |
| ** | | |
| Nov | 4 | #3: OPPOSITION of Gov't to Deft's motion to strike alias from Indictment. |
| | | C/S |
| | | |
| **Nov. | 3 | #3: MOTION to join in motions. denied. Motions should be filed individually |
| | | (FIAT) (N)                                               HART, J. |
| | | |
| Nov. | 7 | #1: SUPPLEMENTAL Opposition to Deft.'s motion for bond pending. C/M |
| | | |
| Nov. | 7 | #1: OPPOSITION to deft.'s motion for bond pending.     C/M |
| | | |
| Nov | 8 | #1 thru 8: STATUS CALL: Trial set Jan. 18, 1978 at 10:00 a.m. |
| | | #1: MOTION for bond pending trial heard & granted; Cash or surety |
| | | bond set in amount of $25,000.00; remanded. |
| | | #3: MOTION to strike alias "Speed" heard and denied w/o prejudice; |
| | | bond. |
| | | #7: MOTION to suppress identity may become moot. Counsel to advise |
| | | the Court; personal recognizance. |
| | | #2: bond.  #4 thru 8: personal recognizance. |
| | | Rep: E.A.Kaufman                                        HART, J. |
| | | |
| Nov | 14 | #1: MOTION of Deft. for leave to file motion to suppress evidence. C/S |
| | | Granted. (Fiat) (N)                                     HART, J. |
| | | |
| Nov | 14 | #1: MOTION of Deft. to suppress evidence; affidavit of Allan M. Palmer; |
| | | Affidavit of Kenneth G. Johnson; C/S |
| | | |
| Nov | 25 | #1: MOTION of Gov't for additional time in which tl respond to Deft's |
| | | mmtion to suppress and for a continuance of the scheduled suppression |
| | | hearing.   C/S |
| | | |
| CONTINUED: | | |

UNITED STATES OF AMERICA Plaintiff VS. JOHN ROBERT JOHNSON, ET AL Page 7 of 27

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, ET AL   Cr. 77-632                    Supplemental Page No. 5

| DATE | PROCEEDINGS |
|---|---|
| 1977 Nov. 28 | #1:  MOTION of Gov't for additional time to respond to Deft's motion to suppress and for continuance of the scheduled hearing - granted Hearing rescheduled for 12-16 77 at 11:45 A.M. (N) (Fiat) HART, J. |
| Dec. 7 | #6:  LETTER dated 11-11-77 from D.C. Bail Agency in re: violation of or conditions. |
| ** Dec. 12 | #6: MOTION of Gov't to revoke deft.'s bond.   C/M |
| ** Dec. 9 | #6: PER. RECOG. revoked by the Court. Bench Warrant ordered and issued. Deft. not to be released but held for Judge. Hart. |
| Dec. 20 | #8: MOTION of deft. to exclude use of transcripts; P/A.   C/S |
| Dec. 22 | #3: ORDER dated 12/22/77 vacating Charles Barker & appointing Ed Wilhite, as counsel nunc pro tunc 12/20/77; per Judge Hart. #445341. KENNEDY, Mag. |
| 1978 Jan 3 | #3:  MOTION of Deft to suppress identification testimony; P/A; C/S |
| Jan 3 | #3:  MOTION of Deft to exclude use of transcripts; P/A; C/S |
| Jan 3 | #3:  MOTION of Deft for relief from prejudicial joinder.  C/S |
| Jan 3 | EACH:  OPPOSITION of Gov't to Deft's motion to exclude use of transcripts.  C/S of Gov't. |
| Jan 11 | #1:  INFORMATION/as to previousl conviction relating to narcotic drugs. C/S |
| Jan 11 | #2:  INFORMATION of Gov't as to previous conviction relating to Narcotic Drugs.  C/S |
| Jan 11 | #3:  OPPOSITION of Gov't to Deft's motion to suppress identification. C/S |
| Jan 11 | #3:  OPPOSITION of Gov't to Deft's motion to sever.  C/S |
|  | CONTINUED |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States *vs.* JOHN ROBERT JOHNSON Et Al. Cr. No. 77-632 .......... Supplemental Page No. 6

| DATE | | PROCEEDINGS |
|---|---|---|
| **1978** Jan | 18 | EACH: MOTION to suppress identification testimony, Motion for relief from prejudicial joinder and motion to exclude use of transcripts joined by the other defts, herein, heard and denied. Deft #1 Motion to suppress evidence called and denied as moot. Deft #3 Deft serving time in another case. Bond is revoked but not forfeited, deft committed commitment issued. Deft #8 Motion to exclude use of transcripts heard and denied. Deft #1,3, Jail Deft #2 Bond. Deft #4,5,7,8, Personal Recognizance, Deft #6 Fugitive.                                                    HART,J. Rep: E. Kaufman |
| Jan | 18 | EACH: ORDER denying motion to exclude use of transcripts, joined in by the other defts. herein. (N)                                         HART,J. |
| Jan | 18 | Deft #3 ORDER denying defts motion to suppress identification testimony. (N)                                                                    HART,J. |
| Jan | 18 | Deft #3 ORDER denying defts motion for relief from prejudicial joinder. (N)                                                                    HART,J. |
| Jan. | 19 | #1,2,3,4,5,7,8: JURY and six (6) alternates sworn; trial begun; respited until 1-23-78 at 10:00 a.m.; #1: remanded; #2: bond; #3: remanded; #4,5,7,8: per. recog. #6: SEVERED by the Court.                                         HART, J. Rep:  E.A. Kaufman |
| Jan. | 19 | #7: ORDER directing the indictment be amended as to deft. to reflect his true and correct name to be DAVID REDD. (N)   HART, J. |
| Jan. | 23 | #1-5,7,8: TRIAL resumed; same jury and alternates; respited to 1-24-78 at 9:30 a.m.;#1,3: remanded; #2: Bond; #4,5,7,8: per. recog.                                                                          HART, J. Rep:  E.A. Kaufman |
| Jan. | 24 | #1-5,7,8: TRIAL resumed; same jury and alternates; respited until 1-25-78 at 9:30 a.m.; #1,3: remanded; #2: Bond; #4,5,7,8: per. recog.                                                                       HART, J. |
| CONTINUED | | Rep: E.A. Kaufman |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, et al  77-632    Cr. No. 77-632    Supplemental Page No. 7

| DATE | | PROCEEDINGS |
|------|---|-------------|
| **1978** | | daily |
| Jan. | 25 | #5: ORDER dated 1-23-78 authorizing/transcript of trial. |
|  |  | Rep: E.A. Kaufman    #25027    HART, J. |
|  |  |  |
| Jan. | 25 | #1-5,7,8: GOVERNMENT'S proposed instruction of conspiracy, 21 U.S.C.846. |
|  |  | TRIAL resumed: same jury and alternates; later juror #9 is excused |
|  |  | by Court; alternate juror #1 takes the place of juror #9; |
|  |  | respited to 1-26-78 at 9:30 a.m.; #1,3: remanded; #2:bond; |
|  |  | #4,5,7,8:per.recog. |
|  |  | Rep: E.A.Kaufman    HART, J. |
|  |  |  |
| Jan | 25 | #1-5,7,8:  TRANSCRIPT of Proceedings of 1-23-78; pages 251-433; |
|  |  | Rep: A. Kaufman |
|  |  |  |
| Jan | 25 | #1-5,7,8:  TRANSCRIPT of Proceedings of 1-24-78; pages 434-648; |
|  |  | Reps: R. Kavulick; A. Kaufman; G. Horning; R. Griffey. |
|  |  |  |
| Jan | 26 | #1-5,7,8:  TRANSCRIPT of Proceedings of 1-25-78; pages 649-804; |
|  |  | Reps: A. Kaufman; R. Griffey; E. Fedoration. |
|  |  |  |
| Jan | 26 | #1,2:  GOVERNMENT'S proposed instruction on Count 23, Title 21 U.S.C. |
|  |  | 848. |
|  |  |  |
| Jan | 26 | #1-5,7,8: TRIAL resumed; same jury and alternates; respited to 1-30-78 |
|  |  | at 9:30 a.m.; #1,3: remanded; #2: bond; #4,5,7,8: per. recog. |
|  |  | Rep: E. Kaufman    HART, J. |
|  |  |  |
| Jan | 30 | #1-5,7,8: TRIAL resumed; same jury and alternates; respited to 1-31-78 |
|  |  | at 9:30 a.m.; #1,3: remanded; #2: bond; #4,5,7,8 per. recog. |
|  |  | Rep: E. Kaufman    HART, J. |
|  |  |  |
| Jan | 31 | #1-5,7,8: TRIAL resumed; same jury and alternates; respited to 2-1-78 |
|  |  | at 9:30 a. m.; #1,3: remanded; #2: bond; #4,5,7,8: per. recog. |
|  |  | Rep: E. Kaufman    HART, J. |
|  |  |  |
| CONTINUED | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States *vs.* JOHN ROBERT JOHNSON, et al.   Cr. No.   77-632   Supplemental Page No.   8

| DATE | | PROCEEDINGS |
|---|---|---|
| 1978 | | |
| Jan | 27 | #1-5,7,8: TRANSCRIPT of Proceedings of 1-26-78; pages 805-1014; Reps: R. Griffey; P. Merana; G. Horning; A. Kaufman. |
| Jan | 30 | #1-5,7,8: TRANSCRIPT of Proceedings of 1-18-78; pages 1-77; Rep: A. Kaufman. |
| Jan | 31 | #1-5,7,8: TRANSCRIPT of Proceedings of 1-30-78; pages 1015-1210; Reps: A. Kaufman; J. Moore for A. Kaufman; T. Dourian. |
| Feb | 1 | #1-5,7,8: TRANSCRIPT of Proceedings of 1-31-78; pages 1211-1466; Reps: A. Kaufman; R. Griffey; T. Dourian. |
| Feb | 1 | #1-5,7,8:TRIAL resumed; same jury and alternates; respited to 2-2-78 at 9:30 a.m.: #1,3: remanded; #2:bond; #4,5,7,8:per.recog. Rep: E.Kaufman                                                   HART. J. |
| Feb | 2 | #1-5,7,8: TRANSCRIPT of Proceedings of 2-1-78; pages 1467-1717; Reps: A. Kaufman; P. Merana; J. Moore for A. Kaufman; T. Dourian; R. Kavulick. |
| Feb | 2 | #1-5,7,8: TRIAL resumed; same jury and alternates; respited to 2-3-78 at 9:30 a.m.: #1,3: remanded; #2: bond; #4,5,7,8: per. recog. Rep: E. Kaufman                                                   HART. J. |
| Feb | 3 | #1 thru 5,7,8.: TRIAL resumed, same jury and alternates, alternate jurors discharged; jury begins deliberations; jury excused until 2-4-78 at 9:30 A.M. to resume deliberations. Deft 1,3, remanded, 2, bond, 4;5;7;8; Pers. Recog. Rep: E. Kaufman                                                   HART. J. |
| Feb | 3 | #1 thru 5,7,8, NOTE from Jury. |
| Feb | 4 | #1 thru 5,7,8,: JURY resumes deliberations; jury excused until 2-6-78 at 9:30 A.M. Deft #1,3,remanded; #2 bond; #4,5,7,8, Pers Recog. Rep: E. Kaufman                                                   HART. J. |
| | | CONTINUED |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, ET AL.   77-632                    Supplemental Page No. _____ 9

| DATE | | PROCEEDINGS |
|---|---|---|
| **1978** | | |
| Feb | 4 | #1 thru 5,7,8,: NOTE from Jury. |
| | | |
| Feb | 6 | #1-5,7,8:  JURY resumes deliberations;  jury excused until 2-7-78 at |
| | | 9:30 a.m.  #1,3: remanded;  #2: bond; 4,5,7,8: per. recog. |
| | | Rep:  E. Kaufman                                          HART, J. |
| | | |
| Feb | 6 | #1-5,7,8:  NOTES (3) from jury. |
| | | |
| Feb | 7 | #1-5,7,8:  JURY resumes deliberations;  jury excused until 2-8-78 at |
| | | 9:30 a.m.  #1,3: remanded;  #2: bond; #4,5,7,8: per. recog. |
| | | Rep:  E. Kaufman                                          HART, J. |
| | | |
| Feb | 7 | #1-5,7,8:  NOTES (3) from jury. |
| | | |
| Feb | 8 | #1-5,7,8:  JURY resumes deliberations; jury excused until 2-9-78 at |
| | | 9:30 A.M.  #1,3: remanded; #2: bond; #4,5,7,8: per. recog. |
| | | Rep:  E. Kaufman                                          Hart, J. |
| | | |
| Feb | 9 | #1-5,7,8:  JURY resumes deliberations; jury excused until 2-10-78 at |
| | | 9:30 A.M.;#1,3: remanded; #2: bond; #4,5,7,8: per. recog. |
| | | Rep:  E. Kaufman                                          HART, J. |
| | | |
| Feb | 10 | #8:  ORIGINAL Bench Warrant issued 10-18-77 returned unexecuted. |
| | | Copy of Bench Warrant was returned executed on 10-31-77. |
| | | |
| Feb | 13 | #2:  MOTION of deft. to modify terms and conditions of release.  P/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | (CONTINUED) | |
| | | |
| | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

JOHN ROBERT JOHNSON, ET AL

United States *vs.* ............................................ Cr. No. _____ 77-632 _____ Supplemental Page No. ___ 10 ___

| DATE | PROCEEDINGS |
|------|-------------|
| 1978 | |
| Feb 10 | #1 thru #5, #7 and #8: JURY resumes deliberations; VERDICT: |
| | #1: GUILTY - Count 1 (Conspiracy) |
| | GUILTY - Counts 3 thru 6,8,11,14,16, 21,22 (Distribution C.S.) |
| | GUILTY - Counts 12,15 (Poss.w/i Distr.C.S.) |
| | NOT GUILTY - Count 23 (Continuing Criminal Enterprises) |
| | DID not return verdict - Count 7 (Distr.c.s.) |
| | NOT GUILTY - Count 13,17,20 (Distr.C.S.) |
| | #2: GUILTY - Count 1 (Conspiracy) |
| | GUILTY - Counts 2,3 (Distr.C.S.) |
| | NOT GUILTY - Counts 9, 10,14,20 (Distr.C.S.) |
| | DISAGREEMENT - Count 18 (Distr.C.S.) |
| | NOT GUILTY - Counts 12,15 (Poss.w/i Distr.C.S.) |
| | NOT GUILTY - Count 23 (Cont.Crim.Enterpr.) |
| | #3: GUILTY - Count 1 (Conspiracy) |
| | NOT GUILTY - Counts 7,17,18,20 (Distr.C.S.) |
| | #4: GUILTY - Count 1 (Conspiracy) |
| | GUILTY - Counts 14,16,18 (Distr.C.S.) and Guilty on Count 22 (Dist.) |
| | NOT GUILTY - Counts 13,17,20 (Distr.C.S.) |
| | DISAGREEMENT - Count 19 (Distr.C.S.) |
| | GUILTY - Count 15 (Poss.w/i Distr.C.S.) |
| | #5: GUILTY - Count 1 (Conspiracy) |
| | GUILTY - Count 21 (Distr.C.S.) |
| | NOT GUILTY - Counts 14,19,20 (Distr.C.S.) |
| | NOT GUILTY - Count 15 (Poss.w/i Distr.C.S.) |
| | #7: GUILTY - Count 1 (Conspiracy) |
| | GUILTY - Counts 14,22 (Distr.C.S.) |
| | NOT GUILTY - Count 15 (Poss.w/i Distr.C.S.) |
| | #8: DISAGREEMENT - Count 1 (Conspiracy) |
| | NOT GUILTY - Counts 18,19 (Poss.w/i Distr.C.S.) |
| | #1 thru #5, #7 & #8: Jury polled; verdict unanimous;jury discharged;referred |
| | #1 &3: remanded; #2,4,5,7:defts committed;commitments issued;#8-per.reco |
| | NOTES (3) |
| | RETYPED INDICTMENT |
| | SPECIAL VERDICT |
| | Rep: R. Weber                                          PRATT, J. |
| (CONTINUED) | |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, ET AL    Cr. No. 77-632    Supplemental Page No. 11

| Date | | Proceedings |
|---|---|---|
| 1978 | | |
| Feb | 14 | #1 thru 5, 7 & 8:TRANSCRIPT of proceedings of 2/2/78;Pages 1718-1841 |
| | | Reps: E.A.Kaufman; R.Griffey; P. Merana |
| | | #1 thru 5, 7 & 8:TRANSCRIPT of proceedings of 2/3/78;Pages 2125-2176 |
| | | Rep:E.A.Kaufman |
| Feb | 16 | #2:  OPPOSITION of Gov't to Deft's motion for release. C/S |
| Feb | 17 | #3 MOTION of deft for a new trial. C/S |
| Feb | 17 | #2:  ORDER denying motion of deft. for release pending appeal. (N) HART, J |
| Feb | 22 | #5:  MOTION of Deft. for release pending sentence. C/S |
| Feb | 22 | #7:  MOTION of Deft. to review conditions of pre-sentence commitment. C/S |
| Feb | 23 | #3:  ORDER denying Deft's motion for a new trial. (N)    HART, J. |
| Feb | 28 | #3:  OPPOSITION of Gov't to Deft's motion for a new trial. C/S |
| Feb | 28 | #5:  OPPOSITION of Gov't to Deft's motion for release pending sentence. Attachment A; C/S |
| Mar | 1 | #7:  OPPOSITION of Gov't to Deft's motion for release. C/S |
| Mar | 3 | #5:  ORDER denying motion for release pending sentence. (N)  HART, J. |
| Mar | 3 | #7:  ORDER denying motion of Deft. to review conditions of pre-sentence commitment.  (N)    HART, J. |
| Mar | 14 | #1,#2:  MEMORANDUM of Gov't on sentence.  Appendix A & B  C/S |
| Mar | 15 | #4: ORDER dated 3/2/78 vacating Charles McCall and appointing Albert Overby as counsel for deft nunc pro tunc 10/20/77.#495029.KENNEDY. M |
| Mar | 30 | #2:  MEMORANDUM of Deft. on sentencing  C/S |
| CONTINUED: | | |

HART, J.

PAGE 12                    **CRIMINAL DOCKET**

United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, ET AL    Cr. No. 77-632    Supplemental Page No. 12

| DATE | | | PROCEEDINGS |
|------|--|--|-------------|
| **1978** | | | |
| Mar | 31 | #1: | SENTENCE:  TEN (10) years to Thirty (30) years on Count 1, with special parole term of Six (6) years; Ten (10) years to Thirty (30) years on Count 3, with special parole term of Six (6) years, consecutively to sentence imposed on Count 1; Ten (10) years to Thirty (30) years on Count 8, with special parole term of Six (6) years consecutively to each of the sentences imposed on Counts 1 and 3; Ten (10) years to Thirty (30) years on each of the Counts 4,5,6,11, 12,14,15,16,21 and 22, with special parole term of Six (6) years on each Count, to be served concurrently to one another and to the sentences imposed on Counts 1, 3 and 8.  The foregoing sentences are to be served consecutively to any prior sentence; deft. is to pay a fine of $50,000.00 on each of Counts 1, 3 and 8; Count 7 is dismissed by the Court without prejudice; remanded. |
| | | | Rep:  E. Kaufman                                          HART, J. |
| Mar | 31 | #1: | JUDGMENT and Commitment.                               HART, J. |
| Mar | 31 | #2: | SENTENCE:  TEN (10) years to Thirty (30) years on Count 1 with special parole term of Six (6) years; Ten (10) years to Thirty (30) years on Counts 2 and 3, with special parole term of Six (6) years concurrently to one another and to sentence imposed on Count 1; consecutively to any prior sentence; Count 18 is dismissed by the Court without prejudice; remanded. |
| | | | Rep:  E. Kaufman                                          HART, J. |
| Mar | 31 | #2: | JUDGMENT and COMMITMENT.                               HART, J. |
| Mar | 31 | #3: | SENTENCE:  FOUR (4) years to Twelve (12) years on Count 1 with special parole term of Three (3) years; consecutively to any prior sentence; remanded. |
| | | | Rep:  E. Kaufman                                          HART, J. |
| Mar | 31 | #3: | JUDGMENT and COMMITMENT.                               HART, J. |
| CONTINUED: | | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, ET AL.  Cr. No. 77-763- 77-632  Supplemental Page No. 13

| DATE | | PROCEEDINGS | |
|---|---|---|---|
| 1978 | | #4. | |
| Mar | 31 | SENTENCE: THREE (3) years to NINE (9) years on Count 1, with speical | |
| | | parole term of Three (3) years; Three (3) years to NINE (9) years on | |
| | | each of Counts 14, 15, 16, 18 and 22 concurrently with one another | |
| | | and with the sentence imposed on Count 1, with special parole term | |
| | | of THREE (3) years on each of said Counts 14, 15, 16, 18 and 22; | |
| | | consecutively to any prior sentence; Court recommends Narcotic treat- | |
| | | ment; Count 19 is dismissed by the Court without prejudice; remanded. | |
| | | Rep: E. Kaufman | HART, J. |
| Mar | 31 | #4: JUDGMENT and COMMITMENT. | HART, J. |
| Mar | 31 | #5: SENTENCE: FOUR(4) years to Twelve (12) years on Count 1 with a | |
| | | special parole term of Three (3) years; Four (4) years to Twelve (12) | |
| | | on Count 21, concurrently with sentence imposed on Count 1, with | |
| | | special parole term of Three (3) years; consecutively to any prior | |
| | | sentence; remanded. | |
| | | Rep: E. Kaufman | HART, J. |
| Mar | 31 | #5: JUDGMENT and COMMITMENT. | HART, J. |
| Mar | 31 | #6: REFERRED to the Calendar Committee; Fugitive for more than 90 days. | |
| Mar | 31 | #7: SENTENCE: TWO (2) years to Six (6) years on Count 1, with special | |
| | | parole term of Three (3) years; Two (2)years to Six (6) years on each | |
| | | of the Counts 14 and 22 concurrently to one another and to the sent- | |
| | | ence imposed on Count 1, with special parole term of Three (3) years | |
| | | on each count; consecutively to any prior sentence; Court recommends | |
| | | Narcotic Treatment and commitment to Lexington, Kentucky; remanded. | |
| | | Rep: E. Kaufman | HART, J. |
| Mar | 31 | #7: JUDGMENT and COMMITMENT. | HART, J. |
| Mar | 31 | #8: COUNT 1 is dismissed by the Court, without prejudice; deft. discharged. | |
| | | Rep: E. Kaufman | HART, J. |
| CONTINUED: | | | |

Case 1:77-cr-00632   Document 1   Filed 00/00/00   Page 1 of 1

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

JOHN ROBERT JOHNSON, ET AL

United States vs. _____ Cr. No. _____77-632_____ Supplemental Page No. 14

| DATE | PROCEEDINGS |
|------|-------------|
| 1978 | |
| Mar 31 | #1:  NOTICE of Appeal from sentence of 3-31-78.  $5.00 paid and credited to the U. S. |
| Mar 31 | #3:  NOTICE of Appeal from sentence of 3-31-78. |
| Mar 31 | #4:  NOTICE of Appeal from sentence of 3-31-78. |
| Mar 31 | #7:  NOTICE of Appeal from sentence of 3-31-78. |
| Apr 3 | #5:  NOTICE of Appeal from sentence of 3-31-78. |
| Apr 3 | #2:  NOTICE of Appeal from sentence of 3-31-78. |
| Apr 4 | #1:  COPY of Notice of Appeal to U.S.C.A., U.S. Atty., Atty. and Deft. COPY of Docket Entries to U.S.C.A. and U.S. Atty. |
| Apr 4 | #2:  COPY of Notice of Appeal to U.S.C.A., U.S. Atty., Atty. and Deft. COPY of Docket Entries to U.S.C.A. and U.S. Atty. |
| Apr 4 | #3:  COPY of Notice of Appeal to U.S.C.A., U.S. Atty., Atty. and Deft. COPY of docket entries to U.S.C.A. and U.S. Atty. |
| Apr 4 | #4:  COPY of Notice of Appeal to U.S.C.A., U.S. Atty., Atty. and Deft. COPY of Docket entries to U.S.C.A. and U.S. Atty. |
| Apr 4 | #7:  COPY of Notice of Appeal to U.S.C.A., U.S. Atty., Atty. and Deft. COPY of Docket entries to U.S.C.A. and U.S. Atty. |
| Apr 4 | #5:  COPY of Notice of Appeal to U.S.C.A., U.S. Atty., Atty. and Deft. COPY of Docket entries to U.S.C.A. and U.S. Atty. |
| Apr 5 | #3: MOTION of deft. for reconsideration of deft's. oral motion for appeal bond. C/S |
| CONTINUED: | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, ET AL         Cr. No. 77-632         Supplemental Page No. 15

| DATE | | PROCEEDINGS |
|------|---|-------------|
| **1978** | | |
| Apr | 5 | #2: ORDER referring appointment of counsel to U.S.C.A.   HART, J. |
| Apr | 5 | #5: ORDER referring appointment of counsel to U.S.C.A.   HART, J. |
| Apr | 5 | #6: REASSIGNED from Judge Hart to Calendar Committee. |
| Apr | 6 | #1: EXHIBIT #1 and #2 of Deft. |
| Apr | 7 | #2: ORDER dated 4-5-78 authorizing transcript of motion to suppress and trial on Jan. 18, 19, 23, 25, 26, 30 and 31, 1978 and Feb. 1, 2, 3, 4, 6, 7, 8, 9 and 10, 1978. Rep: A. Kaufman   #240531   HART, J. |
| Apr | 7 | #3: ORDER referring appointment of counsel to U.S.C.A.   HART, J. |
| Apr | 7 | #4 ORDER referring appointment of counsel to U.S.C.A   HART, J. |
| Apr | 7 | #7: ORDER referring appointment of counsel to U.S.C.A   HART, J. |
| Apr | 7 | #3: MOTION of deft for reconsideration of oral motion for appeal bond, Denied. (fiat)(N)   HART, J. |
| Apr | 11 | #3: OPPOSITION of Gov't to Deft's motion for appeal bond. |
| Apr | 17 | #4: TRANSMITTAL letter dated 4-11-78 from U.S.C.A. re: excess compensation voucher approval by Chief Judge Wright in the amount of $2,000.00. |
| Apr | 17 | #3: TRANSMITTAL letter dated 4-11-78 from U.S.C.A. in re: excess compensation voucher approval by Chief Judge Wright in the sum of $2,000.00. |
| Apr | 18 | #4: CERTIFIED copy of Order U.S.C.A. 4-14-78 appointing Thomas Lumbard as counsel and directing Clerk of the District Court to transmit the record as promptly after the filing of transcripts as business of office permits. |
| CONTINUED | | |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

JOHN ROBERT JOHNSON, ET AL

United States vs. _____ Cr. No. __77-632__ _____ Supplemental Page No. __16__

| Date | | PROCEEDINGS |
|------|---|-------------|
| **1978** | | |
| Apr | 26 | #4:  LETTER dated 4-18-78 from Deft., in the nature of a motion |
| | | to reduce sentence, filed and denied. (FIAT) (N)       HART, J. |
| | | |
| May | 4 | #1 thru 5: TRANSCRIPT of proceedings of 2/2/78;pages 1925-1950; |
| | | Rep:E.A.Kaufman |
| | | |
| May | 8 | #2: CERTIFIED copy of Order USCA 5-8-78 appointing William H. Jeffress, Jr |
| | | as counsel and directing Clerk of the District Court to transmit |
| | | to the record as promptly after the filing of transcripts as |
| | | business of office permits. |
| | | |
| May | 8 | #3: CERTIFIED copy of Order USCA 5-8-78 appointing William H. Jeffress, Jr. |
| | | as counsel and directing Clerk of the District Court to transmit |
| | | the record as promptly after the filing of transcripts as |
| | | business of office permits. |
| | | |
| May | 8 | #5: CERTIFIED copy of Order USCA 5-8-78 appointing William H. Jeffress,Jr. |
| | | as counsel and directing Clerk of the District Court to transmit |
| | | the record as promptly after the filing of transcripts as |
| | | business of office permits. |
| | | |
| May | 8 | #7: CERTIFIED copy of Order USCA 5-8-78 appointing William H. Jeffress,Jr. |
| | | as counsel and directing Clerk of the District Court to transmit |
| | | the record as promptly after the filing of transcripts as |
| | | business of office permits. |
| | | |
| May | 9 | #1,2,3,4,5,7: RECORD on appeal delivered to USCA; Receipt acknowledged; |
| | | (#1-#78-1419; #2-#78-1409; #3-78-1410; #4-78-1333; #5-78-1411; |
| | | (#7-78-1412). |
| | | |
| May | 16 | #2:  TRANSMITTAL letter dated 5-16-78 from U. S. C. A re excess |
| | | compensation voucher approval by Chief Judge Wright in the sum of |
| | | $2,000.00 to Gerald Robbins,Atty |
| | | |
| CONTINUED: | | |

CRIMINAL DOCKET

United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, ETAL  Cr. No. 77-632    Supplemental Page No. 16

| DATE | | PROCEEDINGS |
|---|---|---|
| 1978 May 16 | #5: | TRANSMITTAL letter dated 5-16-78 from U.S.C.A. re: Excess compensation voucher approval by Chief Judge Wright in the sum of $2,000.00 to Richard Stern, Atty. |
| May 16 | #8: | TRANSMITTAL letter dated 5-16-78 from U.S.C.A. re: Excess compensation voucher approval by Chief Judge Wright in the sum of $2,000.00 to Stuart F. Johnson, Atty. |
| May 30 | #7: | TRANSMITTAL letter dated 5-26-78 from U.S.C.A. re: Excess compensation voucher approval by Chief Judge Wright in the sum of $2,000.00 to Alan Bayles, Atty. |
| June 19 | #3,#5,#7: | ORDER dated 6-16-78 authorizing transcript of conferences during jury deliberations on 2-4-78; 2-6-78; 2-7-78; 2-8-78 & 2-9-78.    Rep: A. Kaufman    #240689    HART, J. |
| June 19 | #3,#5,#7: | ORDER dated 6-16-78 authorizing transcript of proceedings on 2-10-78.    Rep: R. Weber    #240688    HART, J. |
| July 6 | #1-5,7,8 | TRANSCRIPT of Proceedings of February 4, 6, 7, 9 and 9, 1978; Pages 2200-2254; Rep: E. Kaufman |
| July 7 | #1-5,7: | SUPPLEMENTAL record on Appeal delivered to U.S.C.A. Receipt acknowledged. (7-10-78). |
| July 10 | #3: | ORDER authorizing transcript of motion for bond pending appeal hearing on 3-31-78.  (Cancelled 7-13-78)    #240687    Rep: E. Kaufman    HART, J. |
| July 10 | #1-5,7,8: | TRANSCRIPT of Proceedings of 2-10-78; pages 1-19; Rep: R. Weber |
| July 11 CONTINUED | #1-5,7: | SUPPLEMENTAL record on Appeal delivered to U.S.C.A. Receipt acknowledged. (7-13-78) |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

JOHN ROBERT JOHNSON, ET AL

United States vs. _____ Cr. No. ___77-632___ | Supplemental Page No. 18 17

| DATE | | PROCEEDINGS |
|------|---|-------------|
| **1978** | | |
| July | 14 | #3: TRANSCRIPT of proceedings of 3-31-78; pages 1-2 |
| | | Rep: E.A. Kaufman |
| July | 14 | #3: SUPPLEMENTAL Record on Appeal delivered to U.S.C.A. Receipt |
| | | acknowledged on 7-17-78. (#78-1410) |
| Aug | 9 | #7: CERTIFIED copy of Order U.S.C.A. dated 8-8-78 appointing Robert A. W. |
| | | Boraks as counsel. |
| Sept | 27 | #7: APPLICATION of Deft. for bond pending appeal; attachment (1). |
| Oct | 13 | #7: ORDER denying motion of Deft. for bond pending appeal. (N) HART, J. |
| Dec. | 7 | #7: CERTIFIED Copy of Order U.S.C.A. granting motion of appellate |
| | | for release pending appeal under the terms and conditions set |
| | | forth in the attached memorandum and requesting U.S. Marshal |
| | | to expeditiously return appellate to the District of Columbia |
| | | for the purpose of release; Memorandum attached. |
| Dec. | 15 | #7: PRODUCTION of Deft. for per. recog. pending appeal pursuant to |
| | | order of U.S.C.A.; Deft. released; released issued. |
| | | Rep: E. Kaufman                                    HART, J. |
| Dec. | 15 | #7: ORDER for release of Deft. on per. recog. with conditions; |
| | | Deft. released; released issued.                   HART, J. |
| **1979** | | |
| Feb | 1 | #4: APPLICATION of Deft. for release pending appeal. |
| Feb | 21 | #4: OPPOSITION of Gov't to Deft's motion for release pending appeal. |
| Feb | 22 | #4: ORDER denying Deft's application for release pending appeal. (N) |
| | | FUGITIVE CALENDAR CALL:                             HART, J. |
| July | 2 | #6/(Baxter):BENCH warrant quashed; case dismissed. |
| | | Rep:G. Horning                                     JUNE L. GREEN, J. |
| "CONTINUED" | | |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. .....JOHN..ROBERT..JOHNSON,..ET..AL.....CR...77-632.......... Supplemental Page No. .....19 18

| DATE | | PROCEEDINGS |
|------|---|-------------|
| 1979 July | 9 | #6:  BENCH WARRANT issued 12-9-77 returned unexecuted; quashed by J. Green on 7-2-79. |
| 1980 Mar | 25 | #3:  WRIT of H.C. ad pros. for production of Deft. on 4-21-80 ordered and issued.                                                BURNETT, Mag. |
| Mar | 27 | #3:  RENEWED motion for bond pending appeal. |
| Apr | 1 | #3:  RENEWED motion of Deft. for bond pending appeal, argued and granted.  (Deft. not present)                                                BRYANT, C. J. |
| Apr | 1 | #3:  ORDER for release of Deft. on appeal bond by 10:00 A.M. on 4-3-80 to third party custody of Bonabond, Inc. with conditions;  directing Clerk to transmit forthwith certified copy of Order to W.J. Kenney, Warden, U. S. Penitentiary, Box 33, Terre Haute, Indiana 47808; directing U.S. Marshal Service to transmit forthwith certified copy of release order to W.J. Kenney, Warden, U.S. Penitentiary, Terre Haute, Indiana; and quashing habeas corpus ad prosequendum ordered 4-25-80 by U.S. Mag. Arthur L. Burnett. (N)                                BRYANT, C. J. |
| Apr | 11 | MOTION, pro se, of Deft. for reduction of sentence dated 3-30-80, filed and denied. (N)                                                HART, J. |
| Apr | 22 | #3:  STATUS HEARING:  FURTHER status hearing set for 5-16-80 at 930 A.M.; per. recog. Rep:  J. Blair                                                HART, J. |
| Apr | 25 | #3:  ORDER appointing Edgar Wilhite as counsel nunc pro tunc 3-4-80. #516549                                                HART, J. |
| May | 28 | #2:  MOTION of Deft. for release of transcript; affidavit - DENIED  (FIAT) (N)  HART, J. |
| Jun | 18 | #2:  LETTER, 6-10-80, from Deft, requesting transcript "DENIED". Freedom of Information Act does not apply to judiciary. (Fiat)(N)  HART, J |
| | | CONTINUED: |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, CR No. 77-632 ........................ Supplemental Page No. 20

| DATE | | PROCEEDINGS |
|------|---|-------------|
| **1980** | | |
| July | 21 | #1:  ORDERED, sua sponte, that the sentence as previously imposed is modified as follows :  as to Count One, the Order of imprisonment for not less than Ten (10) years and not more than Thirty (30) years is reaffirmed; the Order providing for a special parole term of Six (6) years is revoked.  The sentence as imposed regarding any and all other Counts of the Indictment is reaffirmed. (N)      HART, J. |
| July | 21 | #2:  ORDERED, sua sponte, that the sentence as previously imposed is modified as follows:  as to Count One, the Order of imprisonment for not less than Ten (10) years and not more than Thirty (30) years is reaffirmed; the Order providing for a special parole term of Six (6) years is revoked.  The sentence as imposed regarding any and all other Counts of the Indictment is reaffirmed (N)      HART, J. |
| July | 21 | #4:  ORDERED, sua sponte, that the sentence as previously imposed is modified as follows:  as to Count One, the Order of imprisonment for not less than Three (3) years and not more than Nine (9) years is reaffirmed; the Order providing for a special parole term of Three (3) years is revoked.  The Sentence as imposed regarding any and all other  Counts of the Indictment is reaffirmed. (N)        HART, J. |
| July | 21 | #5:  ORDERED, sua sponte, that the sentence as previously imposed is modified as follows:  as to Count One, the Order if imprisonment for not less than Four (4) years and not more than Twelve (12) years is reaffirmed; the Order providing for a special parole term of Three (3) years is revoked.  The sentence as imposed regarding any and all other Counts of the Indictment is reaffirmed. (N) HART, J. |
| July | 21 | #7:  ORDERED, sua sponte, that the sentence as proveiously imposed is modified as follows:  as to Count One, the Order of imprisonment for not less than Two (2) years and not more than Six (6) years is reaffirmed; the Order providing for a special parole term of Three (3) years is revoked.  The sentence as imposed regarding any and all other counts of the Indictment is reaffirmed. (N)  HART, J. |
| CONTINUED | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs. ........ROBERT..J...JOHNSON.Cr. No. .......77-632........Supplemental Page No. ...21.......
ET AL

| DATE | | PROCEEDINGS |
|---|---|---|
| 1980 | | |
| Aug | 1 | #3:  STATUS HEARING_U.S.C.A. having reversed and remanded for a new |
| | | trial in U.S.C.A. No. 78-1410;  Oral motion of Gov't for leave to |
| | | dismiss charges, heard and granted;  Deft. discharged. |
| | | Rep:  Tammie Leppo                          HART, J. |
| Aug | 5 | #1,#2,#3,#4,#5 & #7:  CERTIFIED COPY OF Judgment U.S.C.A. dated 3-4-80 |
| | | insofar as it pertains to the conspiracy conviction of Deft. #3 |
| | | Arthur Watson, is reversed and the case remanded to the District |
| | | Court for a new trial but in all other respects Defts. Nos. 1, 2, 4, |
| | | 5 and 7 Judgment is affirmed in accordance with the Opinion.  Opinion |
| | | attached. |
| Aug | 5 | #1,#2,#3,#4,#5, & #7:  CERTIFIED copy of Order U.S.C.A. dated 7-11-80 |
| | | amending Opinion filed by Senior Circuit Judge Bazelon on 3-4-80 |
| | | on 3-4-80 in U.S.C.A. |
| Aug | 5 | #1,#2,#3,#4,#5 & #7:  CERTIFIED copy of Order U.S.C.A. dated 7-11-80 |
| | | amending Opinion filed by Judge Parker on 3-4-80 in U.S.C.A. |
| Aug | 6 | #3:  ORDER nunc pro tunc to 8-1-80 dismissing the charges and Deft. is |
| | | discharged. (N)                            HART, J. |
| Aug | 12 | #7:  MOTION of Deft. for reduction of sentence. Exhibit A, B & C. |
| | | Appearance of Robert A. W. Boraks, Atty. appointed in U.S.C.A. |
| Aug | 13 | #7:  RESPONSE of Gov't to motion for reduction of sentence |
| Aug | 14 | #7:  PRESENTMENT of Judgment of the U.S.C.A.: |
| | | MOTION of Deft. for reduction of sentence, heard and granted. |
| | | Rep:  A. Gasdor                            HART, J. |
| Aug | 14 | #7:  ORDER vacating and setting aside the remaining part of the Judgment |
| | | and Commitment entered 3-31-78; granting Defts' motion for reduction |
| | | of sentence and the Deft. is placed on Probation for a period of |
| | | TWO (2) YEARS, CONDITIONS TO BE SET BY THE  Probation Office. (N) |
| CONTINUED | | HSTY, J. |

## CRIMINAL DOCKET

JOHN **United States District Court for the District of Columbia**

United States vs. ROBERT J. JOHNSON     Cr. No.   77-632      Supplemental Page No.  22

| DATE | | PROCEEDINGS |
|---|---|---|
| **1980** | | |
| Sept | 18 | #1, 2,3,4,5 & &:   TRANSMITTAL letter from U.S. C.A. returning original record with 11 volumes of transcipt under 5 separate covers and 2 supplemental records with 2 volumes of transcripts. |
| Oct | 8 | #2:   COPY of letter, 10-8-80, to David C. Niblack, Esq. from Judge Hart. (Fiat)                                                                                   HART, J. |
| **1981** | | |
| Jan | 26 | #7:   REQUEST of Probation Office for course of action of alleged violation of probation and Order dated 1-23-81 continuing Deft. on probation pending disposition of current case and if found not guilty or case dismissed continue on probation without further notice to the Court.                                 HART, J. |
| Dec | 21 | #7:   REQUEST of Probation Office for course of action of alleged violation of probation ORDERED that probation be continued   pending disposition of current case subject to commit himself to the 28 day Step One Drug Detox Facility (as soon as space becomes available) to be followed by regular urine surveillance.           HART, J. |
| **1982** | | |
| Apr | 21 | #7:   REQUEST of Probation Office for course of action of alleged violation of probation and Order dated 4-16-82 to prepare immediate hearing on violation before the U.S. Magistrate.                     HART, J. |
| May | 7 | #7:   ORDER dated 5-6-82 appointing Alan P. Bayles as counsel for Deft. for violation of probation.   Indigency determined previously #650070                                                            MARGOLIS, Mag. |
| May | 21 | #2:   MOTION, pro se, of Deft. to vacate, set aside or correct sentence pursuant to Title 28 USC 2255;Affidavit in support; memorandum |
| May | 21 | #7:   STATUS hearing held on violation of probation.   Surety bond in the sum of $5,000.00 set.  Case continued to 6-22-82 at 3:00 P.M. before U.S. Mag. Margolis.  Deft. committed - commitment issued.                                                      MARGOLIS, Mag. |
| **CONTINUED** | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON Cr. No. 77-632 ET AL     Supplemental Page No. 23

| DATE | | PROCEEDINGS |
|------|------|-------------|
| 1982 | | |
| May 27 | #2: | PRO se motion of Deft. for reporter's verbatim transcript at Gov't expense/ filed & denied. (Fiat) (N)     HART, J. |
| May 27 | #2: | ORDER denying pro se motion of petitioner to vacate and set aside sentence pursuant to Title 28 USC 2255. (N)     HART, J. |
| June 7 | #2: | AMENDED petition, pro se, and memorandum of law in support of motion to vacate, set aside or correct sentence pursuant to Title 28 USC 2255; attachment (1); forma pauperis affidavit. |
| June 10 | #2: | NOTICE of Appeal of Deft. from Order entered 5-27-82 denying motion 2255; motion for leave to appeal in forma pauperis and affidavit of poverty attached. |
| ** | | |
| Jun 11 | #2: | COPY of Notice of Appeal and Docket Sheets to U.S.C.A. and U.S. Atty. U.S.C.A. No. 82-1652 |
| Jun 11 | #2: | COPY of Notice of Appeal to Deft. and Atty. |
| ** | | |
| Jun 10 | #2: | AMENDED petition, pro se, in support of motion to vacate, set aside or correct sentence pursuant to Title 28 USC 2255. Amended petition denied. (See order of 5-27-82) (Fiat) (N)     HART, J. |
| Jun 14 | #2: | LEAVE to appeal without prepayment of costs denied as frivolous and not taken in good faith. Case has been appealed and affirmed. (Fiat) (N)     HART, J. |
| Jun 22 | #7: | STATUS CALL on violation of probation not held. Further proceedings held in abeyance pending outcome of hearing before Judge Hart; remanded.     MARGOLIS, Mag |
| Jul 1 | #7: | MOTION of Deft. to vacate show cause hearings |
| Sep 16 | #7: | TRANSCRIPT of Proceedings of 8-14-82; pages 1-5; Rep: A. Gasdor |
| CONTINUED | | |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON, ET AL   CR. NO. 77-632   Supplemental Page No. 24

| DATE | | PROCEEDINGS |
|---|---|---|
| 1982 | | |
| Sept | 17 | #7: RETURN and Answer of Gov't to Defts' motion to vacate show cause hearing. |
| Sept | 22 | #2: COPY of Order U.S.C.A. denying motion to proceed in forma pauperis and dismissing the appeal sua sponte. |
| Oct | 13 | #7: MOTION of deft. to vacate show cause hearings argued and denied. Second paragraph of order of 8/14/80 is corrected pursuant to Federal Rules of Criminal Procedure 36.  Probation is revoked. Rem.  (Rep: G. Horning)                                    HART, J. |
| Oct | 13 | #7: ORDER denying deft's motion to vacate show cause hearings; correcting the second paragraph of order of 8/14/80 by striking that portion which reads,"ordered that the remaining part of judgment and commitment entered 3/31/78 be and hereby is vacated and set aside." and in its place and stead the following is substituted: "ordered that execution of the remaining part of Judgment and Commitment entered on 3/31/78 be and is hereby suspended." (N)        HART, J. (OTBP on revocation of probation) |
| Oct | 13 | #7: NOTICE of appeal from denial of defts. motion to vacate show cause hearing and reimposition of previous sentence on 10/13/82. |
| Oct | 15 | #7: COPY of Notice of Appeal and Docket Sheets to U.S.C.A. and U.S. Atty. U.S.C.A. No.   82-2242   . |
| Oct | 15 | #7: COPY of Notice of Appeal to Deft. and Atty. |
| Oct | 15 | #7: ORDEREED and Adjudged that the order of probation heretofore entered in this case be and is hereby set aside and the deft. is hereby committed to the custody of the Attorney General for imprisonment to serve the remaining portion of the Two (2) to Six (6) year sentence imposed on March 31, 1978 and later modified on July 21, 1980.  (N)                          HART, J. |
| Oct | | CONTINUTE ON NEXT PAGE |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. JOHN ROBERT JOHNSON Cr. No. 77-0632 Supplemental Page No. 27
ET AL.

| DATE | | PROCEEDINGS |
|------|---|-------------|
| **1982** | | |
| Oct | 15 | #7: ORDER referring appointment of counsel to USCA. (N)        HART, J. |
| Oct | 15 | #7: ORDERED that the Order for probation heretofore entered in this case be and is hereby set aside and the Deft. is hereby committed to the custody of the Attorney General for imprisonment to serve the remaining portion of the Two (2) years to Six (6) year sentence imposed on 3-31-78 and later modified on 7-21-80. (N)        HART, J. |
| Nov | 5 | #2: CERTIFIED copy of Order U.S.C.A. dated 9-21-82 denying motion to proceed in forma pauperis and dismissing the appeal, sua sponte. |
| Nov | 8 | #7: RECORD on Appeal delivered to U.S.C.A. Rec. acknowledged 11-16-82. |
| Nov | 8 | #7: ONE brown envelope containing Exhibits 1 & 2 of the Deft. delivered to U.S.C.A. rec. acknowledged 11-16-82. |
| **1983** | | |
| Mar | 30 | #7: TRANSCRIPT of proceedings of Oct. 13, 1982; pgs 1-12 (Rep: G. Horning) |
| Sept | 13 | #7: CERTIFIED Copy dated 7/27/83 from USCA that the motion be and hereby is denied, and dismissed; Memorandum attached. |
| Sept | 14 | #7: TRANSMITTAL letter returning 1 volume original record 15 volumes of transcript under 3 separate covers, part of certified original record with 1 manila envelope of exhibits. |
| **1984** | | |
| Sept | 14 | #2 MOTION by deft. to vacate judgement and conviction.        (HLS) |
| Nov | 9 | #7 ORDER appointing Alan P. Bayles attorney for defendant. Dated 11/5/84, voucher# 943055.        DWYER, MAG.        (HLS) |
| Dec | 12 | #2: ORDER denying motion to vacate Judgment and Conviction. (N)   ROBINSON, C.J.  (mn) |
| **1985** | | |
| Jan | 4 | #2: ORDER denying petitioner's motion to rehear.    (N)     ROBINSON, C.J. |
| Jan | 28 | #2. Motion of deft. for order to produce Grand Jury Testimony. |