UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR WATSON, JR.,<br><br>      Petitioner. | Cr. No. 77-00632 (TFH) |

### ORDER

It hereby is **ORDERED** that the Government file a response to [1] Defendant's Motion to Expunge Criminal Record, filed July 9, 2007, within sixty (60) days of the date of this order.

**SO ORDERED.**

July _13_, 2007

_____
Thomas F. Hogan
Chief Judge

Copy to:

Special Proceedings Section
Criminal Division
United States Attorney's Office
555 4th Street, N.W., Room 10-441
Washington, D.C.  20530

Arthur Watson, Jr.
2120 Gaither Street
Temple Hills, Maryland 20745